UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHALLENGE MFG. COMPANY, et al.,

    Plaintiffs,

v.

BLUE CROSS AND
BLUE SHIELD OF MICHIGAN,

    Defendant.
_____/

Case No. 13-cv-13290

HON. MARK A. GOLDSMITH

## ORDER LIFTING STAY FOR LIMITED PURPOSE

On November 6, 2013, the Court stayed this case pending the outcome of the appeal of Hi-Lex Controls, Inc. v . BCBSM, Case No. 11-12557 (E.D. Mich.). The Sixth Circuit issued its decision in the Hi-Lex matter on May 14, 2014. As a result, the Court held a telephonic status conference with the parties on June 25, 2014 to determine how to proceed with this case. Based on the discussion at that status conference, the Court orders as follows:

The Court lifts the stay in this case for the limited purpose of ordering the parties to undertake efforts at alternative dispute resolution. If the parties are unable to resolve this case and submit a proposed order disposing of this case by August 29, 2014, the Court will conduct a telephonic status conference on September 10, 2014 @ 2:00 p.m. to discuss a schedule.

This matter will remain closed for administrative and statistical purposes while the parties go through the resolution process. The stay will remain in effect during this period, except to the extent the parties, the mediator, and/or the magistrate judge conclude that briefing or limited discovery is necessary to aid the resolution process.

SO ORDERED.

Dated: June 30, 2014          s/Mark A. Goldsmith
     Flint, Michigan          MARK A. GOLDSMITH
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 30, 2014.

                                                    s/Deborah J. Goltz
                                                    DEBORAH J. GOLTZ
                                                    Case Manager